UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
PATRICK KILGANNON,

                     Plaintiff,

    -against-                                               20 **CIVIL** 1891 (MKV)

                                                             **JUDGMENT**

SOCIAL SECURITY ADMINISTRATION, et al.,

                     Defendants.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated September 30, 2021, Plaintiff has failed to allege that Defendants are now liable for Ms. Borges's behavior. While there is no doubt that Plaintiff experienced what he considered to be disturbing conduct, the law is clear that the type of advances about which he complains are not actionable under Title VII. In addition, because Plaintiff did not suffer any adverse employment action, his sex discrimination and retaliation claims also fail. Finally, given that he was a federal employee, Plaintiff's claims under New York state and city laws are barred by binding precedent. Plaintiff's complaint fails to state a claim upon which relief can be granted and Defendants' Motion to Dismiss is GRANTED.

**Dated:**  New York, New York

      September 30, 2021

                                                                   **RUBY J. KRAJICK**

                                                                   **Clerk of Court**

                                **BY:**      *K. Mango*

                                                                   **Deputy Clerk**